IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TOM FRANKLIN : CIVIL ACTION

v. :

GMAC MORTGAGE : NO. 13-171

## ORDER

AND NOW, this 4 day of February, 2013, upon consideration of plaintiff's motion to proceed in forma pauperis and his complaint, IT IS ORDERED that:

1. Leave to proceed in forma pauperis is GRANTED.

2. Plaintiff's complaint is DISMISSED without prejudice for the reasons discussed in the Court's Memorandum. Plaintiff is given leave to file an amended complaint within thirty (30) days of the date of this order. Upon the filing of an amended complaint, the Clerk shall not make service until so ORDERED by the Court.

3. The Clerk of Court is directed to CLOSE this case for statistical purposes.

BY THE COURT:

WILLIAM H. YOHN, JR., J.